| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF ARIZONA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — Arp Family Farms, an Arizona General Partnership

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — 27-0412820

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| P.O. Box 11609<br>Chandler, AZ 85248<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa<br>County | Location of principal assets, if different from principal place of business<br>**Maricopa, Eloy**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
■ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | Arp Family Farms, an Arizona General Partnership | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Arp Family Farms, an Arizona General Partnership** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 19, 2018**
  MM / DD / YYYY

X **/s/ Nathan Arp**
Signature of authorized representative of debtor

**Nathan Arp**
Printed name

Title  **Manager, Ephesians 3:20 Farms, LLC**

Email Address of debtor

**18. Signature of attorney**

X **/s/ Pernell W. McGuire**
Signature of attorney for debtor

Date **November 19, 2018**
  MM / DD / YYYY

**Pernell W. McGuire 015909**
Printed name

**Davis Miles McGuire Gardner, PLLC**
Firm name

**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
Number, Street, City, State & ZIP Code

Contact phone  **(480) 733-6800**   Email address  **azbankruptcy@davismiles.com**

**015909 AZ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: __Arp Family Farms, an Arizona General Partnership__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 19, 2018__    X __/s/ Nathan Arp__
                                          Signature of individual signing on behalf of debtor

                                          **Nathan Arp**
                                          Printed name

                                          **Manager, Ephesians 3:20 Farms, LLC**
                                          Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Arp Family Farms, an Arizona General Partnership**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arizona Machinery** 500 N. 11 Mile Corner Road Casa Grande, AZ 85194 | | | Disputed | | | $56,377.49 |
| **Bedminster Financial Group** 4920 York Road Holicong, PA 18928 | | | Disputed | | | $74,726.00 |
| **Comitz Beethe** 6720 N. Scottsdale Rd. Ste. 150 Paradise Valley, AZ 85253 | | Attorney's Fees | Disputed | | | $300,000.00 |
| **Crop Production Services, Inc.** c/o Gammage & Burnham, PLC Two North Central Avenue, 15th Floor Phoenix, AZ 85004 | | | Disputed | | | $197,058.66 |
| **Demaray Harvesting & Trucking LLC** 15050 Cedar Ave. South Suite 116-251 Saint Paul, MN 55124 | | | Disputed | | | $25,000.00 |
| **Gerben Boschma Dairy** 8921 West Broadway Tolleson, AZ 85353 | | Pre-payment for Alfalfa | Disputed | | | $202,065.82 |
| **Great Western Bank** P.O. Box 2345 Sioux Falls, SD 57101 | | Arizona State Land Department Leases; Crops; Accounts | Disputed | $12,854,227.29 | Unknown | Unknown |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Arp Family Farms, an Arizona General Partnership | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Helena<br>PO BOX 742558<br>Los Angeles, CA<br>90074-2558 | | | Disputed | | | $65,873.20 |
| Helena Chemical<br>PO BOX 742558<br>Los Angeles, CA<br>90074-2558 | | | | | | $59,508.99 |
| McCorriston Miller Mukai MacKinnion<br>PO BOX 2800<br>Honolulu, HI<br>96803-2800 | | | Disputed | | | $8,387.27 |
| Meridian Bank<br>701 N. Cooper Rd.<br>Gilbert, AZ 85233 | | | Disputed | | | $25,000.00 |
| Pinal County County Treasurer<br>PO Box 729<br>Florence, AZ 85232 | | Arizona State Land Department Leases | Disputed | $33,612.80 | Unknown | Unknown |
| Senergy Petroleum<br>622 S. 56th Avenue<br>Phoenix, AZ 85043 | | | Disputed | | | $18,674.54 |
| Southwest Amendment, Inc.<br>1157 E. Avenida Fresca<br>Casa Grande, AZ 85122 | | | Disputed | | | $43,830.10 |
| Titan Rentals<br>1411 N. 27th Ave.<br>Phoenix, AZ 85009 | | | Disputed | | | $12,957.35 |
| Tulare Ag Products<br>PO BOX 1859<br>Tulare, CA 93275 | | | Disputed | | | $206,986.24 |

**United States Bankruptcy Court**
**District of Arizona**

In re **Arp Family Farms, an Arizona General Partnership**
Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the Manager, Ephesians 3:20 Farms, LLC of the partnership named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **2** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **November 19, 2018**

**/s/ Nathan Arp**
**Nathan Arp**/**Manager, Ephesians 3:20 Farms, LLC**
Signer/Title

Date: **November 19, 2018**

**/s/ Pernell W. McGuire**
Signature of Attorney
**Pernell W. McGuire 015909**
**Davis Miles McGuire Gardner, PLLC**
**40 E. Rio Salado Parkway, Suite 425**
**Tempe, AZ 85281**
**(480) 733-6800   Fax: (480) 733-3748**

Arp Family Farms, an Arizona General Partnership -

ARIZONA MACHINERY
500 N. 11 MILE CORNER ROAD
CASA GRANDE AZ 85194


ARIZONA STATE LAND DEPARTMENT
1616 WEST ADAMS STREET - FIRST FLOOR
PHOENIX AZ 85007


BEDMINSTER FINANCIAL GROUP
4920 YORK ROAD
HOLICONG PA 18928


BENJAMIN REEVES
SNELL & WILMER
400 E. VAN BUREN ST.
PHOENIX AZ 85004


COMITZ BEETHE
6720 N. SCOTTSDALE RD.
STE. 150
PARADISE VALLEY AZ 85253


CROP PRODUCTION SERVICES, INC.
C/O GAMMAGE & BURNHAM, PLC
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX AZ 85004


DEMARAY HARVESTING & TRUCKING LLC
15050 CEDAR AVE. SOUTH
SUITE 116-251
SAINT PAUL MN 55124


GERBEN BOSCHMA DAIRY
8921 WEST BROADWAY
TOLLESON AZ 85353


GREAT WESTERN BANK
P.O. BOX 2345
SIOUX FALLS SD 57101


HELENA
PO BOX 742558
LOS ANGELES CA 90074-2558

Arp Family Farms, an Arizona General Partnership -

HELENA CHEMICAL
PO BOX 742558
LOS ANGELES CA 90074-2558

MCCORRISTON MILLER MUKAI MACKINNION
PO BOX 2800
HONOLULU HI 96803-2800

MERIDIAN BANK
701 N. COOPER RD.
GILBERT AZ 85233

PINAL COUNTY COUNTY TREASURER
PO BOX 729
FLORENCE AZ 85232

SENERGY PETROLEUM
622 S. 56TH AVENUE
PHOENIX AZ 85043

SOUTHWEST AMENDMENT, INC.
1157 E. AVENIDA FRESCA
CASA GRANDE AZ 85122

TAMALYN LEWIS
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX AZ 85012

TITAN RENTALS
1411 N. 27TH AVE.
PHOENIX AZ 85009

TULARE AG PRODUCTS
PO BOX 1859
TULARE CA 93275